IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BERNARD RANDAL KERRICK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv314-MHT |
| | ) | (WO) |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that:

(1) Plaintiff's "emergency motion" (Doc. 1) is treated as a motion for temporary restraining order and a motion for preliminary injunction.

(2) The motion for temporary restraining order (Doc. 1) is denied.

(3) This case, including the motion for preliminary injunction (Doc. 1), is referred back to the magistrate judge for further proceedings.

DONE, this the 12th day of May, 2023.

                                                                      **/s/ Myron H. Thompson**
                                                                **UNITED STATES DISTRICT JUDGE**