IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BERNARD RANDAL KERRICK,      )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:23cv314-MHT
                             )            (WO)
FEDERAL BUREAU OF PRISONS,   )
                             )
     Defendant.              )
```

ORDER

Upon consideration of plaintiff's renewed "emergency motion" for medical care and for appointment of counsel (Doc. 4), it is ORDERED that:

(1) The emergency motion for medical care is treated as a motion for temporary restraining order and a motion for preliminary injunction.

(2) The motion for temporary restraining order (Doc. 4) is denied.

(3) The motion for preliminary injunction (Doc. 4) is referred to the magistrate judge for further proceedings.

(4) The motion for appointment of counsel (Doc. 4) remains pending.

DONE, this the 6th day of June, 2023.

                                               /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**